1. Capitol One ~~Bank~~

Verizon #10
P.O Box 165018
Columbus, OH 43216

County of Fairfax
Personal Property Tax
4110 Chain Bridge Rd
Fairfax, Va 22030

Nationwide Credit Corp
5503 Cherokee Av
Alexandria, Va 22312-2307
703-813-1400
$406.00

CBE Group
131 Tower Park Dr
P.O. Box 900
Waterloo, IA 50704
(319) 226-5173
$395.00

United Revenue CLCTN
P.O Box 1892
Bensalem, PA 19020-6892
(215) 244-9566
$152.00

Credit Control Corp
11821 Rock Landing Dr
Newport News, Va 23606
(757) 873-3332
$126.00
$76.00

Eagel Cash N Go
$152.00
I think the report said, Manassas, Va.

I think!
Suntrust Bank
~~400 N 9th Street~~
~~Rm 20~~
Richmond, Va 23219
804 (646-6466)
$5,502.00

07 2008
CLERK
U.S. BANKRUPTCY COURT

CREDITOR.TXT

① ~~Bank~~
Capitol One Services
P.O. 30281
Salt Lake City, UT
84130-0281
$1208.00
800-955-7070

② Capitol One Services
P.O 30281
Salt Lake City, UT
84130-0281

③ HSBC Auto Finance
P.O Box 17904
San Diego, Calif 92177
800-418-1888
$4500.00

④ IGA Federal Credit Union
213 W. Street Rd
Festville, Trvose, PA 19053-4116
$4273.00

⑤ _____



RICHMOND DIVISION
FILED
JAN 07 2008
U.S. BANKRUPTCY COURT